# EXHIBIT A

## GLORIA JORDAN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Lil' Kim | How Many Licks? | The Notorious K.I.M. | 286-624 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Can't Let Go | Emotions | 134-831 |
| BMG Music | Angie Stone | Wish I Didn't Miss You | Mahogany Soul | 303-830 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | I Don't Wanna Cry | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Dreamlover | Music Box | 178-631 |