





































Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| paclover@KaZaA | B2K - What A Girl Wants.mp3 | B2K | 6,532KB | Audio |
| paclover@KaZaA | Case - Missing You.mp3 | Case | 4,463KB | Audio |
| paclover@KaZaA | Tamia - So Into You.mp3 | Tamia | 4,083KB | Audio |
| paclover@KaZaA | Gina Thompson feat. Missy Elliot - The Things You Do (Rem... | Gina Thompson feat. Miss... | 3,494KB | Audio |
| paclover@KaZaA | Xcape - Understanding.mp3 | Exscape | 4,058KB | Audio |
| paclover@KaZaA | Monica - Like This And Like That.mp3 | Monica | 4,427KB | Audio |
| paclover@KaZaA | 2Pac - Can U Get Away.mp3 | 2pac | 5,396KB | Audio |
| paclover@KaZaA | SWV - Your Always On My Mnd.mp3 | SWV | 4,942KB | Audio |
| paclover@KaZaA | 50 cent -Like My Style feat. Tony YaYo.mp3 | 50 Cent feat. Tony YaYo | 4,532KB | Audio |
| paclover@KaZaA | 50.cent - Don't Push Me.mp3 | 50 Cent feat. Eminem | 5,836KB | Audio |
| paclover@KaZaA | 50.Cent - What Up Gansta.mp3 | 50 Cent | 4,207KB | Audio |
| paclover@KaZaA | Case Foxy Brown - Touch Me, Tease Me.mp3 | Case feat. Foxy Brown | 3,564KB | Audio |
| paclover@KaZaA | Anita Baker - You Bring Me Joy 1.mp3 | Mary J. Blige | 3,963KB | Audio |
| paclover@KaZaA | Mary J. Blige - I'm The Only Woman.mp3 | Mary J. Blige | 4,224KB | Audio |
| paclover@KaZaA | Jagged Edge - He Cant Love You.mp3 | Jagged Edge | 3,790KB | Audio |
| paclover@KaZaA | Ron Isley of The Isley Brothers _Angela Winbush - Bad Bo... | Ron Isley of The Isley Bro... | 3,200KB | Audio |
| paclover@KaZaA | Trina-Diamond Princess-05-B R Right Ft. Ludacris--Bigdickd... | Trina feat. Ludacris | 4,097KB | Audio |
| paclover@KaZaA | Usher - you dont have to call .mp3 | Usher | 4,210KB | Audio |
| paclover@KaZaA | SWV feat. Missy Elliot _Timberland - Can We Get Kinky Ton... | SWV, Missy _Timbaland | 4,604KB | Audio |
| paclover@KaZaA | Lil Kim feat. Jay-Z - Big Momma Thang.mp3 | Lil' Kim feat. Jay-Z | 4,019KB | Audio |
| paclover@KaZaA | Jodeci - Cry For You.mp3 | Jodeci | 3,505KB | Audio |
| paclover@KaZaA | Brandy (feat. MC Lyte, Yo Yo, and Queen Latifa) - I Wan... | Brandy _MC Lyte | 3,980KB | Audio |
| paclover@KaZaA | Jagged Edge - Promise (Remix).mp3 | Jagged Edge | 5,224KB | Audio |
| paclover@KaZaA | Young Guns - Can't Stop, Won't Stop.mp3 | Young Guns | 1,736KB | Audio |
| paclover@KaZaA | Tupac - Do For Love.mp3 | 2pac | 4,418KB | Audio |
| paclover@KaZaA | Mary J. Blige - A Dream.mp3 | Mary J. Blige | 4,721KB | Audio |
| paclover@KaZaA | Toni Braxton - Just Be A Man About It.mp3 | Toni Braxton | 4,513KB | Audio |
| paclover@KaZaA | Brandy - Baby Baby.mp3 | Brandy | 4,894KB | Audio |

Found 741 files    3,334,088 users online, sharing 1,084,663,198 files (7,336,832 GB)    Not sharing any files















