IN THE
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> GLORIA JORDAN <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **07CIV4605** <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; CIVIL COVER SHEET; SUMMONS; RULE 7.1 STATEMENT; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS; INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of July, 2007, at 8:07 PM**, at the address of **2050 FREDERICK DOUGLAS Boulevard APT 709, NEW YORK**, New York County, NY 10026; this declarant served the above described documents upon **GLORIA JORDAN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **GLORIA JORDAN, NAMED DEFENDANT, A black female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with black hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of New York that the statement above is true and correct.

DATED this 5th day of July, 2007.

_____
ROBBIE L. LAWSON, Reg. # 601689, NEW YORK, NY

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4801303**