UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

        Plaintiffs,

-against-

GLORIA JORDAN,

        Defendant.

---

Civil Action No.: 1:07-cv-04605-MGC

Filed Electronically

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/17/08

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs, Atlantic Recording Corporation *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its own fees and costs. The Clerk of the Court is respectfully requested to close this case.

Dated: New York, New York
      June 16, 2008

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian E. Moran (BM-8573)
Victor B. Kao (VK-6967)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

SO ORDERED.

S/

June 17, 2008

#1324908 v1

1